IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00953-ZLW

CHARLIE J. GRIFFIN,

        Plaintiff,

v.

TROOPER DUNN #1988, and
SGT. JOHN ROSE #9201,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Plaintifff submitted a Misdirected Notice of Appeal on June 30, 2009. The court has determined that the document is deficient as described in this order. Plaintifff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X   is not submitted
       __   is not on proper form (must use the court's current form)
       __   is missing original signature by plaintiff/petitioner on motion
       __   is missing affidavit
       __   affidavit is incomplete
       __   is missing original signature by plaintiff/petitioner on affidavit
       __   affidavit is not notarized or is not properly notarized
       __   other_____

Accordingly, it is

        ORDERED that Plaintifff cure the deficiencies designated above within 30 days from the

1

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 15th day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court